**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CAMERON GASKINS,<br><br>*Defendant*. | Crim. Action No. 08-845 (KSH)<br><br>**O R D E R** |

**Katharine S. Hayden, U.S.D.J.**

On May 19, 2009, this Court entered judgment of conviction against defendant [D.E. #41]. On July 2, 2009, the Clerk docketed Gaskins' motion papers, sent from prison and dated June 25, 2009, seeking leave to file a notice of appeal out of time pursuant to Fed. R. App. P. 4(b)(4) [D.E. # 45]. The Clerk also simultaneously docketed Gaskins' submitted notice of appeal [D.E. # 44], also dated June 25, 2009. The Court has reviewed Gaskins' moving papers, and finds good cause for granting the extension. It therefore resets the deadline to file a notice of appeal, *nunc pro tunc*, to June 29, 2009, Fed. R. App. P. 4(b)(4), and accepts Gaskins' June 25, 2009 notice of appeal as timely filed. *See* Fed. R. App. P. 4(c)(1).

**SO ORDERED** this 22nd day of July, 2009.

/s/ Katharine S. Hayden

Hon. Katharine S. Hayden
United States District Judge