```
                       UNITED STATES DISTRICT COURT
                                for the
                         DISTRICT OF NEW JERSEY
```

United States of America      :
                                                        CRIMINAL# 08-845(KSH)
                             :
    v.
                             :
Cameron Gaskins                                **ORDER**
                             :
      Defendant
                             :

       Defendant entered a guilty plea on November 17, 2008. A portion of the plea hearing was held *in camera* and temporarily sealed by the Court. Good cause now appearing,

       It is on thiS 31st day of July, 2009, hereby

       **ORDERED** that the temporary seal be lifted relating to the plea transcript dated November 17, 2008.

                                                Katharine S. Hayden
                                              _____
                                                KATHARINE S. HAYDEN, U.S.D.J.